

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2014

No. 04-14-00151-CV

Tanita F. **KEHOE**, Scott Kehoe, and Thomas David White, Jr.,
Appellants

v.

Edward A. **CLOUSE** and Helen R. Clouse,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 10-627-CCL
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The appellees' brief was originally due to be filed on July 24, 2014. The appellees' first motion for extension of time was granted, extending the deadline for filing the brief to August 25, 2014. On August 14, 2014, the appellees filed a motion requesting an additional extension of time to file the brief until September 25, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEES WILL BE GRANTED**. The appellees' brief must be filed by September 25, 2014, or the case will be set "at issue" and will be submitted without an appellees' brief.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court